IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>       Plaintiff,<br><br>v.<br><br>VICENTE NUNGARAY-CALDERON,<br><br>       Defendant. | 8:05mj75<br><br><br>ORDER |

Before the court is defendant's motion to strike (Filing #8). Attorney David Stickman requests that Filing #7 be stricken for the following reason:

- Document filed in error.

IT IS THEREFORE ORDERED that defendant's motion to strike (Filing #8) is granted that the Clerk's Office shall strike Document Number 7 from the record.

DATED this 11th day of May, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge